Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California  94104
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS 73.223.125.160

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC.<br><br>         Plaintiff,<br><br>   vs.<br><br>John Doe subscriber assigned IP address 73.223.125.160<br>         Defendants. | No. 5:18-cv-05998<br><br>**NOTICE OF APPEARANCE FOR IP ADDRESS 73.223.125.160** |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP ADDRESS 73.223.125.160.

       DATED this 2nd day of May , 2019.

                              **THE LAW OFFICES OF STEVEN VONDRAN, P.C.**


                              By /S/  Steve Vondran
                                   Steven C. Vondran, Esq.
                                   *Attorneys for IP 73.223.125.160*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **ORIGINAL** of the foregoing *e-filed* this 4th day of April 2019, with: |
| 4 | |
| 5 | UNITED STATES DISTRICT COURT |
| 6 | **Judge Virginia K. DeMarchi** |
| 7 | San Jose Courthouse, Courtroom 2 - 5th Floor |
| 8 | 280 South 1st Street, San Jose, CA 95113 |

**COPY** *mailed* this date to:

Law Offices of Lincoln Bandlow, P.C.
1801 Century Park E. Suite 2400
Los Angeles, California 90067
**Attn: Lincoln Dee Bandlow, Esq.**
Facsimile:  (310) 861-5550
Email:  lincoln@banlowlaw.com

Executed on May 2nd, *2019,* at Phoenix, AZ

By:  */s/     Lisa Vondran*
        Lisa Vondran, Assistant