UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.223.125.160,<br><br>  Defendant. | Case No.18-cv-05998-VKD<br><br>**ORDER RE-SETTING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**ORDER DIRECTING DEFENDANT TO SHOW CAUSE RE SANCTIONS** |

Pursuant to court order, an Initial Case Management Conference was set for May 14, 2019, 1:30 p.m. Dkt. No. 22. Plaintiff appeared at the conference. Defendant did not.

In view of defendant's non-appearance, the Initial Case Management Conference is continued to May 22, 2019, 1:30 p.m. The parties may appear by telephone through CourtCall, 866-582-6878.

Additionally, the Court sets a hearing for May 22, 2019, 1:30 p.m. at which defense counsel, Steven C. Vondran, is directed to show cause why he, his client, or both, should not be sanctioned for the failure to appear on May 14, 2019, with sanctions to include payment of plaintiff's counsel's reasonable fees and expenses incurred in appearing for the May 14, 2019 Initial Case Management Conference.

**IT IS SO ORDERED.**

Dated: May 14, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge