UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.223.125.160,<br><br>    Defendant. | Case No.18-cv-05998-VKD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE RE SANCTIONS** |

Based on the discussion held at the May 22, 2019 show cause hearing, the Court discharges its May 14, 2019 order to show cause re sanctions (Dkt. No. 33).

**IT IS SO ORDERED.**

Dated:   May 22, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge