UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.223.125.160,<br><br>    Defendant. | Case No. 18-cv-05998-VKD<br><br>**ORDER TO SHOW CAUSE RE SANCTIONS** |

On October 9, 2019, the Court issued an order noting that the parties did not file an ADR status report by July 12, 2019, and directing them to file a report by October 16, 2019. Dkt. No. 52. The parties having failed to submit a status report as ordered, this matter is set for status conference on October 29, 2019, 1:30 p.m. The parties shall be prepared to show cause why they and/or their attorneys should not be sanctioned for failure to comply with the Court's order. They shall also be prepared to discuss their preferred form(s) of ADR, including a settlement conference with a magistrate judge.

**IT IS SO ORDERED.**

Dated: October 17, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge